[No. 28141-4-II.  Division Two.  December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN LEE UNSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04959-5, Frank Cuthbertson, J., entered November 30, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28145-7-II.  Division Two.  December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE RICHARD McCLURE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-00235-3, Frederick W. Fleming, J., entered November 30, 2001. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 28283-6-II.  Division Two.  December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEETRA JANETTE KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00806-4, John P. Wulle, J., entered January 8, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 28311-5-II.  Division Two.  December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JOSEPH WHITMIRE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-01003-1, Don L. McCulloch, J., entered December 11, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Bridgewater, JJ.